UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN ADELSTEIN, *on behalf of himself and all others similarly situated*, | ) ) ) | CASE NO. 1:23-CV-00067 |
| Plaintiff, | ) ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| Walmart, Inc., | ) ) | **ORDER OF DISMISSAL** |
| Defendant. | ) ) ) | |

Before the Court is Plaintiff's Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1). (Doc. 30.) The matter is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) at Plaintiff's cost. This case is CLOSED.

**IT IS SO ORDERED.**

Date: March 18, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE